IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation, | ) ) ) | Case No. CV-02-520-E-BLW |
| | ) | **JUDGMENT** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AEROHAWK AVIATION, INC., an Idaho Corporation; MARK ULSCHMID, an Individual;  JAMES D. JORGENSEN, an Individual; JASEN JORGENSEN; JODY NELSON and MARY WHITE, as  Personal Representatives of the ESTATE  OF JAMES D. JORGENSEN; SCOTT D. ADAMS, an Individual; R. CHESTER ADAMS; PHYLLIS M. ADAMS and LISA LOUGHMILLER as Personal Representatives of the ESTATE OF  SCOTT D. ADAMS; NSI, INC., an Idaho  Corporation f/k/a NSI Network Solutions, Inc.; RECREATIONAL SPORTS AND IMPORTS, INC., an Idaho Corporation; CORPORATE AIRCRAFT, INC., a California Corporation; AEROSPACE CONTROL PRODUCTS, INC., an Iowa Corporation; McCAULEY PROPELLER SYSTEMS, a Division of The Cessna Aircraft Company, Kansas Corporation; CESSNA AIRCRAFT COMPANY, a Kansas Corporation; PRATT & WHITNEY CANADA, a Canadian Corporation and a Division of United | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**Judgment - 1**

Technologies Corporation, a Delaware              )
Corporation; PRATT &   WHITNEY, a               )
Division of United Technologies                      )
Corporation, a Delaware Corporation;            )
WOODWARD GOVERNOR COMPANY,     )
a Delaware Corporation; and                          )
INTERNATIONAL GOVERNOR                       )
SERVICES, INC., a Colorado Corporation,    )
                                                                        )
             Defendants.                               )
_____)

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED, that the NSI's motion for summary judgment (Docket No. 345) is

GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this

Judgment resolves all issues concerning the final remaining defendant, and the

Clerk of the Court is directed to close this case.

DATED: **January 27, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 2**