IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>AEROHAWK AVIATION, INC., an Idaho Corporation; MARK ULSCHMID, an Individual;  JAMES D. JORGENSEN, an Individual; JASEN JORGENSEN; JODY NELSON and MARY WHITE, as Personal Representatives of the ESTATE OF JAMES D. JORGENSEN; SCOTT D. ADAMS, an Individual; R. CHESTER ADAMS; PHYLLIS M. ADAMS and LISA LOUGHMILLER as Personal Representatives of the ESTATE OF SCOTT D. ADAMS; NSI, INC., an Idaho Corporation f/k/a NSI Network Solutions, Inc.; RECREATIONAL SPORTS AND IMPORTS, INC., an Idaho Corporation; CORPORATE AIRCRAFT, INC., a California Corporation; AEROSPACE CONTROL PRODUCTS, INC., an Iowa Corporation; McCAULEY PROPELLER SYSTEMS, a Division of The Cessna Aircraft Company, Kansas Corporation; CESSNA AIRCRAFT COMPANY, a Kansas Corporation; PRATT & WHITNEY CANADA, a Canadian Corporation and a Division of United | Case No. CV-02-520-E-BLW<br><br>**ORDER** |

**Order - 1**

| | |
|---|---|
| Technologies Corporation, a Delaware Corporation; PRATT & WHITNEY, a Division of United Technologies Corporation, a Delaware Corporation; WOODWARD GOVERNOR COMPANY, a Delaware Corporation; and INTERNATIONAL GOVERNOR SERVICES, INC., a Colorado Corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

The Court has before it a motion for fees and costs. The costs have been denied by the Clerk and the Court finds no reason to change that decision. With regard to the fees, defendant NSI claims that the claims against it were frivolous, vexatious, or unreasonable. The Court disagrees. The Court described one of its key decisions as a "close call" and none of the plaintiff's claims fall within the categories identified by NSI. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for fees and costs (Docket No. 368) is DENIED.

DATED: **September 7, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 2